William J. Wagner, Plaintiff-Appellant, v. Michael David, David Building Corporation, an Illinois Corporation, and Home Building and Loan Association, an Illinois Corporation, Defendants-Appellees.

William J. Wagner, Plaintiff-Appellant, v. Michael David and David Building Corporation, an Illinois Corporation, Defendants-Appellees.

Gen. No. 65–12.

Second District.

December 3, 1965.

Rehearing denied February 1, 1966.

Sears, Streit, Dreyer & Foote, and Richard C. Hamper, both of Aurora (William J. Foote and Richard C. Hamper, of counsel), for appellant; William H. Wake, of Aurora, for Michael David and David Bldg. Corp., an Illinois Corp., defendants-appellees. Opinion by PRESIDING JUSTICE ABRAHAMSON. **Not to be published in full.**